THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CASEY ATES, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:11-cv-403 (CAR) |
| v. | : | |
| | : | |
| Warden WILLIAM TERRY, Parole Officer IRIS ARNOLD, Parole Board Member ROBERT KELLER, and Police Officer KEY MCGUIRE, | : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation of the United States Magistrate Judge [Doc. 8] that Plaintiff's claims arising out of his parole revocation be dismissed and that Iris Arnold, Robert Keller, and Key McGuire be dismissed as Defendants in this case. Plaintiff has entered his objections to the Recommendation [Doc. 16]. Upon review of Plaintiff's objections, Plaintiff's amended complaint filed on November 2, 2011, a *de novo* review of the case file, and the relevant legal authorities, the Court agrees with the reasoning and findings of the Magistrate Judge in his Recommendation. Despite Plaintiff's arguments otherwise, this Court agrees that Defendants Iris Arnold, Robert Keller, and Key McGuire are immune from liability to Plaintiff for their respective actions in connection with Plaintiff's parole revocation.

Moreover, it appears as if Plaintiff's claims arising out of his parole revocation are barred by the statute of limitations. Thus, the Recommendation is hereby **ADOPTED** and made the Order of the Court. Accordingly, all claims arising out of Plaintiff's parole revocation are DISMISSED, and Defendants IRIS ARNOLD, ROBERT KELLER, and KEY MCGUIRE are hereby **DISMISSED** from this action. Plaintiff's false imprisonment claim against Warden William Terry will go forward.

    **SO ORDERED**, this 2nd day of December, 2011.

                                <u>S/ C. Ashley Royal</u>
                                C. ASHLEY ROYAL
                                UNITED STATES DISTRICT JUDGE

SSH